Bernard R. Mazaheri
Mazaheri & Mazaheri
P.O. Box 656
Frankfort, Kentucky 40602
Arizona Bar Number 034891
Email - bernie@thelaborfirm.com
Tel – (502) 475-8201

Attorney for Plaintiff Brent Schawl

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Brent Schawl, | No. |
|---|---|
| Plaintiff, | |
| v. | Complaint & Jury Demand |
| Oregano's Pizza Bistro, Inc. | |
| Defendant. | |

DATED this 22nd day of February, 2022

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Attorney for Plaintiff Schawl

1

1. The Plaintiff, Brent Schawl, sues Defendant, Oregano's Pizza Bistro, Inc., for interference in violation of the Family Medical Leave Act (FMLA).

2. Defendant is an Arizona corporation.

3. Plaintiff lives in Arizona.

4. The Honorable Court has original jurisdiction pursuant to 29 U.S.C. § 2617.

5. Plaintiff worked for Defendant as a manager in Tempe, Arizona.

6. Venue is appropriate in the Phoenix Division pursuant to LRCiv 77.1(a) as the operative facts occurred in Maricopa County, Arizona.

7. Plaintiff worked for Defendant for approximately 26 years.

8. In the twelve months preceding his need for FMLA leave in June 2021, Plaintiff had worked in excess of 1250 hours for Defendant.

9. Defendant employs in excess of 50 employees at Plaintiff's physical place of employment.

10. Plaintiff had a serious medical condition that qualified him for FMLA leave.

11. Defendant knew that Plaintiff needed time off due to an upcoming surgery in June 2021.

12. Plaintiff had notified Defendant that he was scheduled for back surgery in June 2021.

13. Defendant was not pleased with the fact that Plaintiff was going to have surgery in June 2021, because in 2020 Plaintiff had hip and knee replacements.

14. Plaintiff was entitled to FMLA leave in June 2021.

15. Defendant did not comply with its obligations under the FMLA.

16. Defendant was obligated to notify Plaintiff in writing of his FMLA rights in 2021 for his June 2021 surgery, allow him to have up to 12 weeks up, and reinstate him in his position.

17. Defendant interfered with Plaintiff's FMLA rights.

18. Defendant terminated Plaintiff on June 4, 2021.

19. But for Plaintiff notifying Defendant that he had a surgery scheduled for June 2021 and that would require him to miss work, Defendant would not have terminated Plaintiff in early June 2021.

20. Plaintiff lost wages and benefits due to Defendant's interference of FMLA rights.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, liquidated damages, reinstatement or front pay if reinstatement is not feasible, attorney's fees and costs.

Respectfully submitted this 22nd day of February 2022,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Mazaheri & Mazaheri
P.O. Box 656
Frankfort, Kentucky 40602
Email - bernie@thelaborfirm.com
Tel – (502) 475-8201

Attorney for Plaintiff Schawl