Bernard R. Mazaheri
Mazaheri & Mazaheri
P.O. Box 656
Frankfort, Kentucky 40602
Arizona Bar Number 034891
Email - bernie@thelaborfirm.com
Tel – (502) 475-8201

Attorney for Plaintiff Brent Schawl

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Brent Schawl, | No. 2:22-cv-285-SMB |
|---|---|
| Plaintiff, | |
| v. | Notice of Settlement |
| Oregano's Pizza Bistro, Inc. | |
| Defendant. | |

DATED this 7th day of July, 2022

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Attorney for Plaintiff Schawl

1

The Plaintiff, Brent Schawl, notifies the Honorable Court that the parties have reached a settlement.

Respectfully submitted this 7th day of July 2022,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Mazaheri & Mazaheri
P.O. Box 656
Frankfort, Kentucky 40602
Email - bernie@thelaborfirm.com
Tel – (502) 475-8201

Attorney for Plaintiff Schawl

**Certificate of Service**

I hereby certify that a true and accurate copy of the foregoing will be delivered to all counsel of recover via CM/ECF on this 7th day of July 2022.

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri